Order entered October 7, 2014



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00856-CV

### IN THE INTEREST OF C.S.B AND R.D.B, CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-15158**

## ORDER

We **GRANT** appellant's October 3, 2014 motion for an extension of time to file the reporter's record. We **ORDER** Shantel Beheler, Official Court Reporter for the 255th Judicial District Court of Dallas County, Texas, to file by **OCTOBER 24, 2014**, either the reporter's record or written verification that appellant has not paid for the record. We caution appellant that if the Court receives written verification of no payment, we may order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the clerk of this Court to send a copy of this order by electronic transmission to Shantel Beheler and all counsel of record.

/s/     ELIZABETH LANG-MIERS
JUSTICE